No. 12–8039. BROWN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–8041. BULMER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–8042. AGURCIA-BARDALES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–8046. HORNICK *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–8047. FURESZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–8050. SWEENEY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–8052. BOLNER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–8054. GREEN *v.* NEVEN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–8055. FAVOR *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 12–8061. BOYD *v.* UNITED STATES; and
No. 12–8072. BOYD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 481 Fed. Appx. 914.

No. 12–8062. MONCIVAIS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–8066. PRESTON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–8067. HUGHES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–8068. FIELDS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–8070. HOLT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–8071. FOXWORTH *v.* MISSISSIPPI. Ct. App. Miss. Certiorari denied.